MAR 9 2023 AM 10:49
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

John D. Lynch II, M.D.

v.

Connecticut Department of Public Health

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. John D. Lynch II, M.D. is a citizen of Virginia who
   (Plaintiff)                                (State)
   presently resides at 650 Park Avenue Bridgeport CT, 06650 ④
   (mailing address)
   ⑪ temporary — formerly, of 107 Dundee Ave, Richmond, Virginia 23225

2. Defendant Daniel Shapiro, Asst AG is a citizen of CT
   (name of first defendant)                            (State)
   whose address is CT AG Office

3. Defendant _____ is a citizen of _____
         (name of second defendant)                              (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** CT DPH has placed 2 complaints v/s. John D. Lynch II, M.D., National Practioners Data Bank on 2 John D. Lynch, Jr., M.D., from 2002

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Attorney James Biondo of Rosen Ab, Newfield, LLC of One Landmark Square, Stamford, CT; a link on my Email for the National Practicioners Data Bank, so that I might clear CT DPH's misfilings not so ① Link to NPDB website is extremely complex.

**Claim II:** I am unable to accept Medical positions in Internal medicine, Pulmonary, or Emergency Medicine

Supporting Facts: Pending – too many positions offered to list – State Licenses applications are required, but the NPDB has 2 bureaucratic misfilings.

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I am demanding CT DPH remove all mis filings on my Nstiuse Practioners Data Bank on a John D. Lynch, Jr., M.D. from 2002 when I was fully employed at Hertford Hospital Emergency Department.

### F. JURY DEMAND

Do you wish to have a jury trial?  Yes    (No)

_N/A_
Original signature of attorney (if any)

_N/A_
Printed Name

_N/A_
( )
Attorney's full address and telephone

_N/A_
Email address if available

_[signature]_
**Plaintiff's Original Signature**

Printed Name _John O. Lynch III_

( )
Plaintiff's full address and telephone
_650 Park Avenue
Bridgeport, CT, 06650_
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Clerk's Office_ on _March 9, 2023_
           (location)              (date)

_[signature]_
**Plaintiff's Original Signature**

(Rev.3/29/16)

5