UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN D. LYNCH, II
    Plaintiff

v.                                                                       3:23CV314(OAW)

CONNECTICUT DEPARTMENT
OF PUBLIC HEALTH
    Defendant

## J U D G M E N T

    This matter came on before the Honorable Omar A. Williams, United States District Judge, as a result of defendant's Motion to Dismiss.

    The Court has reviewed all of the papers filed in conjunction with the Motion, and on March 31, 2025, entered an Order granting defendant Connecticut Department of Public Health's Motion to Dismiss, dismissing plaintiff, John D. Lynch's claims, without prejudice to plaintiff filing an amended complaint by April 30, 2025.   Having received no amended complaint, response, or motion for extension from Plaintiff to date, the court hereby dismisses this action pursuant to Rule 41(b) without prejudice.

    Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant, and against the plaintiff, in accordance with the Court's Orders, and the case is closed.

    Dated at New Haven, Connecticut, this 8th day of May 2025.

                                                                          Dinah Milton Kinney, Clerk

                                                                  By   /s/ Diahann Lewis
                                                                            Deputy Clerk

Entered on Docket 5/8/2025